UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                RE:    James Frederick SMITH
                          Docket Number: 2:00CR00144-01
                          <u>REQUEST FOR CONTINUANCE</u>

Your Honor:

On July 15, 2005, a violation petition was filed on the above-named releasee. The violations alleged in the petition were for illegal drug use and failing to report for urine testing. The releasee is scheduled for an initial court appearance before Your Honor on July 22, 2005.

On July 18, 2005, the releasee voluntarily admitted himself into an outpatient drug treatment program through Kaiser Permanente. The program is an intensive day treatment program that consists of four phases and lasts approximately one year. The first 21 days of the program are critical and he cannot miss any of the program during that time frame. The probation officer has verified the releasee's participation in this program and believes he would benefit from the program. Therefore, it is requested that the initial court appearance scheduled for July 22, 2005, be continued until August 12, 2005. If the releasee fails to comply with the program, the Court will be notified and a request to advance the court date will be made.

**Re:  James Frederick SMITH**
     **Docket Number:   2:00CR00144-01**
     **REQUEST FOR CONTINUANCE**

The United States Attorney, defense counsel, and the releasee have been contacted, and have no objections to this continuance.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

Dated:     July 19, 2005
           Roseville, California
           srs:cd

**REVIEWED BY:**       /s/ Richard A. Ertola
                 **RICHARD A. ERTOLA**
                 **Supervising United States Probation Officer**

cc:   Kenneth Melikian
      Assistant United States Attorney

      Scott L. Tedmon
      Defense Counsel

---

AGREE: ____X_____          DISAGREE: _____

DATED:  July 19, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge